

FILED
January 5, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

## COURT OF APPEALS
### THIRD DISTRICT OF TEXAS AT AUSTIN

### COURT OF APPEALS NUMBER 03-1400485-CV
### TRIAL COURT CASE NUMBER 295,941-C

### STYLE: JOHN REED JR.
### V. FARMERS INS. GROUP ET AL.

### APPELLANT SECOND MOTION TO EXTEND
### TIME TO FILE THE BRIEF
### PRUSUANT TO RULE 10.5 (b)

**TO THE HONORABLE SAID COURT:**

Appellant states the deadline to file the Brief is Jan. 2, 2014. Appellant is seeking additional time of at lease 10 days to (2) two weeks after the trial clerk complete appellant Second Request To Supplement The Record; whereas, appellant is filing the Second Supplement on this day of Jan. 30, 2014 at the trial clerk office.

Appellant filed the First Supplement of the clerk record on Dec. 11, 2014. Subsequently, on Dec. 29, 2014 the trial court appeal clerk; Lacy stated she was forwarding the supplemented clerk record in the mail to appellant on this day. Appellant had requested only pages 1-75 of the defendants Claim Summary documents to support the Brief on certain claims but Lacy is including the package of 216 pages that had been over looked. It will probably take a " minute or two" to review them all. There have been one previous extension granted to the appellant regarding the item in question. Appellant is attaching a copy of the First Supplement of the clerk record that he presented to the trial clerk.

Wherefore, appellant request this Honorable Court to allow the extended time as requested after the Second Supplement have been entered into the trial court clerk record. These Supplementation will actually support the appellant in present a proper and meaningful Brief to this Honorable Court.



RECEIVED
JAN 0 5 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

RESPECTFULLY SUBMITTED

*John Reed Jr*

JOHN REED JR. 715 SO. 32nd STREET
TEMPLE, TEXAS 76501
254 778 2558 CELL 254 913 2358

*Willis Martin Jr*

WILLIS MARTIN JR.
1318 SO. 2nd STREET
TEMPLE, TEXAS 76504
254 7632246

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was forwarded to the clerk of the Third Court Of Appeals on this 30th day of Dec. 2014 and faxed to the Defendants counsel also.

Appellant have made an attempt to contact the defendants counsel with no answer at this time. Appellant is also sending an additional copy in a self addressed envolope for the clerk to return after file marking the Motion.

Sincerely *John Reed Jr.*

John reed jr.

*Willis Martin Jr.*

Willis Martin jr.

*Exhibit*

JOHN REED JR.
715 SO. 32nd STREET
TEMPLE, TEXAS 76501
254 778 2558 cell 254 913 2358

DEC. 10, 2014

SHELIA F. NORMAN
DISTRICT CLERK
BELL COUNTY, TEXAS
1201 HUEY ROAD/P. O. BOX 909
BELTON, TEXAS 76513

RE:  CAUSE NO. 259,941-C

STYLE;  JOHN REED JR.  V.  FARMERS INS. GROUP et al>



## MOTION FOR SUPPLEMENTATION OF THE TRIAL COURT RECORD PURSUANT TO APPELLATE RULE 34.5 (c) (1)

HELLO CLERK

Appellant is presenting this letter to direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted items stated below:

a.  Enter the 12 exhibits that appellant had attached to the Second Amended Complaint that was filed on Feb. 18, 2014.

b.  Enter Farmers Ins. Group, Claim Summary; Activity/Log Details pages 1-75, especially pages 70-75.

Sincerely

John Reed JR

Willis Martin JR.

John Reed M.
715 50-32nd St.
Temple, Texas 76501

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL®

7014 2120 0001 1883 3858

UNITED STATES POSTAL SERVICE

U.S. POSTAGE PAID
TEMPLE TX
76501
DEC 30. '14
AMOUNT
$7.19
0002809710

Court of Appeals
Third District
P.O. Box 12547
Austin, Texas 78711